JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-0908-AG(RNBx) | Date | November 10, 2009 |
|---|---|---|---|
| Title | ERGOS SOFTWARE, INC. v HELMI BENFLAH, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Denise Paddock | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL

On November 9, 2009 counsel for plaintiff filed a Joint Stipulation for Dismissal and Proposed Order. Although the stipulation and proposed order are not separate documents as required by General Order 08-02, the Court GRANTS the stipulation and orders this case DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. All hearing dates are ordered vacated.

_____ : 0

Initials of Preparer   lmb